**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 7, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00919-CV

## ANTHONY APOKHA IKHIMOKPA, Appellant

## V.

## ANGELA IKHIMOKPA, Appellee

**On Appeal from the 505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-255865**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 10, 2019. On December 20, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.